IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | 08-mj-0511 |
| : | |
| MICHAEL ANTHONY MARCAVAGE : | |

## ORDER

AND NOW, this 15th day of July 2009, upon consideration of Appellant Michael Anthony Marcavage's appeal from the June 17, 2008 Order entered by the Honorable Arnold C. Rapoport, United States Magistrate Judge, in the United States District Court for the Eastern District of Pennsylvania, it is hereby ORDERED that the judgment of the Magistrate Judge is AFFIRMED.

It is further ORDERED that Appellant shall report to the United States Probation Office on or before July 22, 2009 to commence serving his sentence.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J.